AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARCO ANTONIO TIELVE-ZENDEJAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1010-IEG

I, MARCO ANTONIO TIELVE-ZENDEJAS, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Marco Tielve
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER