AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FILED

2010 FEB -3  AM 11: 32

| SOUTHERN | District of | CALIFORNIA |

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| MARCO ANTONIO TIELVE-ZENDEJAS | (For Offenses Committed On or After November 1, 1987) |

Case Number: 08CR1010-IEG

LINDA LOPEZ, Federal Defenders, Inc.
_____
Defendant's Attorney

**REGISTRATION No.** 07436298

**THE DEFENDANT:**

[x] admitted guilt to violation of allegation(s) No.   1   _____

[ ] was found in violation of allegation(s) No.   _____   after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation  Number | Nature of Violation |
| --- | --- |
| 1 | Committed a federal, state or local offense. |

  Supervised Release   is revoked and the defendant is sentenced as provided in pages 2 through   2   of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

February 1, 2010
_____
Date of Imposition of Sentence

*Irma E. Gonzalez*
_____
HON. IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

08CR1010-IEG

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page   2   of   2

DEFENDANT: MARCO ANTONIO TIELVE-ZENDEJAS
CASE NUMBER: 08CR1010-IEG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

10 months to run consecutively with case 09CR3613-DMS.

☐ The court makes the following recommendations to the Bureau of Prisons:

———

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

08CR1010-IEG